Justices TODD and McCAFFERY join this concurring opinion.

■

**Hector HUERTAS, Appellant**

v.

**DEPARTMENT OF CORRECTIONS, Appellees.**

Supreme Court of Pennsylvania.

June 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the Order of the Commonwealth Court is AFFIRMED.

■

**Carlton F. ANDERSON, Appellant**

v.

**The PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 17, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2013, the order of the Commonwealth Court is AFFIRMED.